# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RONALD JON GUY,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| vs. ) | Case No. 2:14-cv-00743-VEH-HGD |
| ) | |
| **MUNICIPALITY OF HOOVER,** ) | |
| **et al.,** ) | |
| ) | |
| **Defendants** ) | |

## ORDER

This is a *pro se* prisoner case filed pursuant to 42 U.S.C. § 1983. Plaintiff filed Motions for Temporary Restraining Orders (Docs. 1, 3, 4, 5, 7, 8, 10, 13), and the magistrate judge filed a report and recommendation (Doc. 15) on May 15, 2014, recommending that the motions be denied. Plaintiff filed objections to the report and recommendation on May 29, 2014. (Doc. 18). The court record reflects that plaintiff filed another Motion for Temporary Restraining Order (doc. 14), which the court shall address as well.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED**

and the recommendation is **ACCEPTED**. Accordingly, plaintiff's Motions for Temporary Restraining Orders (Docs. 1, 3, 4, 5, 7, 8, 10, 13) are **DENIED**. Plaintiff's final Motion for Restraining Order (Doc. 14) also is due to be, and hereby is, **DENIED** because it based many of the same allegations as his previous motions for the same relief. To the extent the motion includes a request for discovery of "the exact amount the Municipality of Hoover has received in the prior two years of al[l]ocated Federal Funds to house and feed Federal Detainees and Convicted Defendants," the request is **DENIED** as **PREMATURE**.

The Clerk is **DIRECTED** to **TERM** the motions for restraining orders set out in Docs. 1, 3, 4, 5, 7, 8, 10, 13 and 14.

The Clerk is **FURTHER DIRECTED** to send a copy of this Order to plaintiff.

**DONE** this 31st day of July, 2014.

                                            **VIRGINIA EMERSON HOPKINS**
                                            United States District Judge